UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES HARRINGTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:24:-cv-00047

Hon. Maarten Vermaat
U.S. Magistrate Judge

## JUDGMENT

In accordance with this Court's order issued herewith, and for the reasons stated on the record on October 10, 2024:

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is **REVERSED,** and this case is **REMANDED** to the Commissioner of Social Security.

Dated:  October 11, 2024

/s/ *Maarten Vermaat*
Maarten Vermaat
U. S. MAGISTRATE JUDGE